# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
  Plaintiff )
 )
 ) CRIMINAL NO. ___08MJ8103___
 )
 ) ORDER
vs. )
*Enrique Games-Rubalcalva* ) RELEASING MATERIAL WITNESS
 )
 ) Booking No.
  Defendant(s) )
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Adrian Mendoza-Gomez*

DATED: ___5/22/08___

ANTHONY J. BATTAGLIA
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ (V. madueño)
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95          ☆ U.S. GPO: 2003-581-774/70082