# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> _Enrique Gomes-Rykalralva_ ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. _08CR1717-L_ <br>                    _08mj8403_ <br> ORDER <br> <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. _88 5 073_ |

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Jorge Salazar-Solis_
_06296-298_
_(C 10-)_

DATED: _5/27/08_

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Teres_
    Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082