UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> _Enrique Gomes-Rubalcava_ ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. _08CR1717-L_ <br> _08mj8403_ <br> ORDER <br> _USM# 06295-298_ <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. _885 074_ |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

_Juan Alejandro Santiago-Sifuentes_
_@ ICE_

DATED: _5/27/08_

RECEIVED _[signature]_
DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _J. Flores_
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                        ☆ U.S. GPO: 2003-581-774/70082