**FILED**
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1717-L |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ENRIQUE GAMES-RUBALCALVA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 8, 2008, within the Southern District of California, defendant ENRIQUE GAMES-RUBALCALVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Alejandro Santorio-Sifuentes, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 27, 2008.

KAREN P. HEWITT
United States Attorney

/s/ CARLA J. BRESSLER
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
5/27/08